IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROLAND J. PARKER                                                                    PLAINTIFF

v.                                    No. 4:06CV663GH

LITTLE ROCK POLICE DEPARTMENT, ET AL.                       DEFENDANTS

### ORDER

Plaintiff filed a motion for summary judgment at the time he filed his original complaint and request to proceed *in forma pauperis*. As indicated in the Court's previous Order defendants were not properly served. The Court quashed service and directed plaintiff to serve defendants. Furthermore, the Court has granted plaintiff leave to amend the complaint.

In light of the above, the motion for summary judgment (document no. 4) is denied.

IT IS SO ORDERED this 20th day of October, 2006.

*/s/ George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE

-1-